| AO-10 Rev. 1/91 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-112) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial)<br>Stohr, Donald J. | 2. Court or Organization<br>United States District Court<br>Eastern District of Missouri | 3. Date of Report<br>11-18-91 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time)<br>Judicial Nominee<br>United States District Court | 5. Report Type (check appropriate type)<br>x Nomination, Date 11-14-91<br>X Initial ___ Annual ___ Final | 6. Reporting Period<br>1-1-90 to<br>11-6-91 |
| 7. Chambers or Office Address<br>One Mercantile Center, Suite 3400<br>St. Louis, Missouri 63101 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Partner | Thompson & Mitchell (Law Firm) |
| Partner | Midtown Center Partnership (owns investment properties which are managed by a real estate management company) |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements) | |
| | The Thompson & Mitchell law firm has an HR-10 (KEOGH) retirement plan. I will roll over my interest to another qualified plan when I leave Thompson & Mitchell. |
| | Midtown Center Partnership is a ten person, equally owned, partnership which owns investment properties which are managed by a professional real estate management company. The only purpose of the partnership is to own the properties which consist of 4 buildings (18 apartment units). I am a passive investor and the properties are listed for sale. See attached list of other partners. |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 1989 | Thompson & Mitchell: Law partnership--performance of legal services for clients of the firm | $ 285,731.00 |
| 1990 | Thompson & Mitchell: Law partnership--performance of legal services for clients of the firm | $ 275,507.00 |
| 1-1-91 through 10-31-91 | Thompson & Mitchell: Law partnership--performance of legal services for clients of the firm | $ 209,578.00 |
| | | $ |
| | | $ |

-18-

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Stohr, Donald J. | Name of Report<br>11-18-91 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |
| EXEMPT | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts) | | |
| EXEMPT | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES.

(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☐ NONE (No reportable liabilities) | | |
| Midtown Center Partnership, St. Louis, Missouri:  I have a 10% interest (which has a negative value) in an equally owned ten-person partnership whose sole asset is 4 apartment buildings (18 units).  At the present time the amount remaining unpaid on the mortgage on said real estate exceeds its estimated value by an estimated amount of approximately $80,000.  My estimated share of the contingent liability is $8,000.  The mortgagees are Mercantile Bank of St. Louis, Missouri, and the National Loan Service Center of Atlanta, Georgia. | | J |
| | | |
| | | |

* VALUE CODES:  J = $15,000 or less   K = $15,001 to $50,000   L = $50,001 to $100,000   M = $100,001 to $250,000
N = $250,001 to $500,000   O = $500,001 to $1,000,000   P = More than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Stohr, Donald J. | Name of Report<br>11-18-91 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period<br>"EXEMPT" | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemp-<br>tion) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | "E X E M P T" | | | | |
| 1 Bristol-Myers Squibb<br>(common stock) (J) | A | Div. | J | T | | | | | |
| 2 Disney (common stock) (J) | A | Div. | J | T | | | | | |
| 3 General Electric<br>(common stock) (J) | A | Div. | J | T | | | | | |
| 4 Heinz (common stock) (J) | A | Div. | J | T | | | | | |
| 5 RJR Nabisco<br>(common stock) (J) | -- | -- | J | T | | | | | |
| 6 Walmart (common stock) (J) | A | Div. | J | T | | | | | |
| 7 Thursday A.M. Investment<br>Club, St. Louis, MO (S) | A | Div. | J | T | See attached schedule | | | | |
| 8 First Nationwide<br>St. Louis, MO (J) | B | Int. | K | T | | | | | |
| 9 Mercantile Bank<br>St. Louis, MO (J) | C | Int. | K | T | | | | | |
| 10 Boatmen's Bank<br>St. Louis, MO (J) | C | Int. | K | T | | | | | |
| 11 Mark Twain Bank<br>St. Louis, MO (J) | -- | -- | J | T | | | | | |
| 12 Federal Reserve Bank in<br>Philadelphia (T-Bill) (J) | A | Int. | Redeemed | | | | | | |
| 13 First Nationwide-IRA<br>St. Louis, MO (J) | -- | -- | J | T | | | | | |
| 14 Templeton Smaller Co.-<br>IRA (J) | -- | -- | J | T | | | | | |
| 15 Fidelity Megellan-IRA (J) | -- | -- | J | T | | | | | |
| 16 Thompson & Mitchell KEOGH | -- | -- | N | T | See attached schedule | | | | |
| 17 Midtown Center Partner-<br>ship, St. Louis, MO | | | | | See response to "VI. Liabilities" | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

| 1 Income/Gain Codes:<br>(See Col. B1 & D4) | A=$1,000 or less<br>E=$15,001 to $50,000 | B=$1,001 to $2,500<br>F=$50,001 to $100,000 | C=$2,501 to 5,000<br>G=$100,001 to $1,000,000 | D=$5,001 to $15,000<br>H=More than $1,000,000 |
|---|---|---|---|---|
| 2 Value Codes:<br>(See Col. C1 & D3) | J=$15,000 or less<br>N=$250,001 to $500,000 | K=$15,001 to $50,000<br>O=$500,001 to $1,000,000 | L=$50,001 to $100,000<br>P=More than $1,000,000 | M=$100,001 to $250,000 |
| 3 Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market |

18-B

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Stohr, Donald J. | Name of Report<br>11-18-91 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date November 18, 1991

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:      Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google